No. 98–8329. GRIFFIN *v.* SCOTT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–8331. DOUGLAS *v.* EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8333. PARKER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 98–8341. COGDILL *v.* SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8342. COX *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8344. BROMWELL *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–8346. VINYARD *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. Ct. App. Ariz. Certiorari denied.

No. 98–8348. ADAMS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 98–8352. SHIVAEE *v.* VIRGINIA ET AL. Sup. Ct. Va. Certiorari denied.

No. 98–8360. FRASER *v.* DAWES ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–8369. KARAJAH *v.* DISTRICT OF COLUMBIA DEPARTMENT OF HOUSING AND PUBLIC ASSISTANCE. C. A. D. C. Cir. Certiorari denied.

No. 98–8374. MATTHEWS *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 98–8375. WHATLEY *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 98–8377. McCOY *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.